SEPTEMBER 4, 1992

No. D–1150. IN RE DISBARMENT OF DEUTSCH. It is ordered that Ronald E. Deutsch, of Santa Fe, N. M., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.